IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICARDO RAMOS,**            **CASE NO. 2:06-CV-006**
                                      **CRIM. NO. 2:03-CR-060**
         **Petitioner,**           **JUDGE MARBLEY**
                                        **MAGISTRATE JUDGE KING**

**v.**

**UNITED STATES OF AMERICA,**

         **Respondent.**

**OPINION AND ORDER**

On September 22, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

      **IT IS SO ORDERED.**

                                                   s/Algenon L. Marbley
                                                   Algenon L. Marbley
                                                 United States District Judge